JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANTHONY MONTELLESE, )
)
Plaintiff, )
)
-v- ) Case No. SACV 11-1717-DOC(RNBx)
)
) ORDER DISMISSING
GROUP LONG TERM DISABILITY ) CIVIL ACTION
INSURANCE FOR EMPLOYEES OF )
MEGAPATH INC., ET AL., )
)
Defendants. )
_____ )

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

DATED: July 20, 2012

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge