# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY MONTELLESE, an individual, | CASE NO.: SACV11-1717 DOC (RNBx) |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF MEGAPATH, INC.; LINCOLN NATIONAL LIFE INSURANCE COMPANY, a corporation, | [FRCP 41(a)] |
| | Complaint Filed: November 8, 2011 |
| Defendants. | |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\temp\notesc7a056\order to dismiss action.doc

# **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice in its entirety as to all defendants. Each party shall bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: September 6, 2012

*David O. Carter*

DAVID O. CARTER
United States District Court Judge